AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| HYPHY MUSIC INC., a California corporation <br><br> *Plaintiff(s)* <br> v. <br> GRUPO EXTERMINADOR INC., a California corporation; (See Attachment #1) <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GRUPO EXTERMINADOR INC., a California corporation
9526 HARRELL ST
PICO RIVERA, CA 90660


(See Attachment #2)


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SHERRIE M. FLYNN #240215
AISHA O. OTORI #342273
Coleman & Horowitt LLP
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HYPHY MUSIC v. GRUPO EXTERMINADOR, et al.

ATTACHMENT #1 TO SUMMONS

**ADDITIONAL NAMED DEFENDANTS:**

ONErpm STUDIOS, LLC., a New York Limited Liability Company; VERGE RECORDS INTERNATIONAL INC., a Tennessee corporation dba ONErpm; JUAN CORONA, an individual

ATTACHMENT 1 TO SUMMONS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HYPHY MUSIC v. GRUPO EXTERMINADOR, et al.

ATTACHMENT #2 TO SUMMONS

**ADDITIONAL NAMED DEFENDANTS:**

ONErpm STUDIOS, LLC., a New York Limited Liability Company

74 SCHOLES ST

BROOKLYN, NY 11206

VERGE RECORDS INTERNATIONAL INC., a Tennessee corporation dba ONErpm

15433 ELM LANE

CHINO HILLS, CA 91709

JUAN CORONA, an individual

9526 HARRELL ST

PICO RIVERA, CA 90660

ATTACHMENT 2 TO SUMMONS