JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-10377-CBM-PVC | | Date | April 14, 2026 |
|---|---|---|---|---|

| Title | *Hyphy Music, Inc. v. Grupo Exterminador Inc. et al* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:          IN CHAMBERS- ORDER RE: STIPULATION TO DISMISS CASE

The matter before the Court is the parties' "Stipulation for Conditional Dismissal." (Dkt. No. 39 (the "Stipulation").)

On April 3, 2026 the parties filed the instant Stipulation stating, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff dismisses the action following: (1) the full execution of the written settlement agreement; (2) Defendants' timely compliance with the terms of the written settlement agreement; and (3) the Court retaining jurisdiction over the matter for sixty (60) days for purposes of enforcing the settlement agreement, if necessary. (Stip. at 1-2.)

The Court **APPROVES** the Stipulation. The matter is hereby dismissed with prejudice and the Court shall retain jurisdiction over the matter until June 8, 2026.

**IT IS SO ORDERED.**

00   :  _____

| CV-90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk  VRV |
|---|---|---|